IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| In Re ALLEN ROBERT SCOTT, | § | |
|     Relator, | § | CIVIL ACTION NO. 4:07-CV-619-Y |
| | § | |

ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND CONCLUSIONS

In this action for a petition for writ of mandamus brought by Allen Robert Scott, the Court has made an independent review of the following matters in the above-styled and numbered cause:

1. The pleadings and record;

2. The proposed findings, conclusions, and recommendation of the United States magistrate judge filed on October 18, 2007; and

3. The petitioner's written objections to the proposed findings, conclusions, and recommendation of the United States magistrate judge filed on November 9, 2007.

The Court, after **de novo** review, concludes that Allen Robert Scott's objections must be overruled, and that the petition for writ of mandaums should be dismissed as frivolous under 28 U.S.C. § 1915A(b)(1) and 28 U.S.C. § 1915(e)(2)(B)(i) and (ii), for the reasons stated in the magistrate judge's findings and conclusions.

Therefore, the findings, conclusions, and recommendations of the magistrate judge are ADOPTED.

Allen Robert Scott's petition for writ of mandamus is DISMISSED WITH PREJUDICE under authority of 28 U.S.C. § 1915A(b)(1) and 28 U.S.C. § 1915(e)(2)(B)(i) and (ii).

SIGNED November 14, 2007.

_____
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE